UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-01081 ADS Date: September 1, 2026

Title: *Boustead Securities, LLC v. OS Therapies, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

Plaintiff was ordered to file a proof of service of Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form (the "Notice") by no later than August 28, 2026. (Dkt No. 11.) To date, Plaintiff has not filed a proof of service of the Notice. Plaintiff is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed. Plaintiff must file a written response no later than **September 15, 2026.** Filing a proof of service that shows completed service upon Defendant of the Notice will discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Initials of Clerk kh