JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC,<br>Petitioner,<br>v.<br>OS THERAPIES, INC.<br>Respondent. | Case No. 8:26-01081 ADS<br><br>JUDGMENT |

On November 18, 2026, the Court granted Petitioner Boustead Securities, LLC's Petition to Confirm Arbitration Award (the "Petition") and Motion for Default Judgment (the "Motion") against Respondent OS Therapies, Inc. Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Petition is GRANTED;
2. Judgment is entered in favor of Petitioner and against Respondent;

3. The arbitration award of February 3, 2026 issued by the FINRA Dispute Resolution Services is confirmed in all respects, entered, and recorded as a judgment by the Clerk of the Court;

4. Respondent is ordered to pay Petitioner:

   a. Damages in accordance with the arbitration award in the amount of $1,379,361.20;

   b. Interest at the rate of 10% per annum on the arbitration award in the amount of $109,215.17; and

   c. Attorneys' fees in the amount of $31,187.00.

The Clerk is ordered to enter this Judgment forthwith.

DATED: November 18, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge